COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | |
| | § | No. 08-11-00274-CV |
| JOHN F. COOK, MAYOR, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| RELATOR. | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

On September 12, 2011, the trial court granted Relator's request for a temporary restraining order ("TRO"). The TRO provided that it would remain effective for fourteen days. It also set a temporary injunction hearing for September 26, 2011. On September 15, 2011, the trial court modified the TRO by deleting certain of its provisions. Relator then filed a petition for writ of mandamus, asking that we order the trial court to vacate the order modifying the TRO and to reinstate the deleted provisions. Relator also filed a motion for emergency temporary relief, which we denied. Because the TRO has now expired by its own terms, all issues related to it are moot. *See Hermann Hosp. v. Thu Nga Thi Tran*, 730 S.W.2d 56, 57 (Tex.App.--Houston [14th Dist.] 1987, no writ). Accordingly, the petition for writ of mandamus is dismissed.

October 3, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C. J., McClure, and Rivera, JJ.